# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156389(59)

GRANT BAUSERMAN, KARL WILLIAMS, and
TEDDY BROE, on Behalf of Themselves and All
Others Similarly Situated,
            Plaintiffs-Appellants,

v

UNEMPLOYMENT INSURANCE AGENCY,
            Defendant-Appellee.
_____/

SC: 156389
COA: 333181
Ct of Claims: 15-000202-MM

On order of the Chief Justice, the motion of the Michigan Public Employees Service Employees International Union Local 517M to join the brief amicus curiae of the Michigan League for Public Policy is GRANTED. The joint amicus brief submitted on June 13, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



Clerk